UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Christopher Jones,<br><br>    Plaintiff,<br><br>    v.<br><br>Ryder Truck Rental Inc.,<br><br>    Defendant. | Civil Action No. 2:22–cv–26 |

## **ORDER**

On or before April 4, 2022, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 24th day of March 2022.

                                              */s/ Kevin J. Doyle*
                                              Kevin J. Doyle
                                              United States Magistrate Judge