UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Christopher Jones<br><br>　　　　Plaintiff(s)<br><br>　　　　v.<br><br>Ryder Truck Rental Inc.<br><br>　　　　Defendant(s) | Civil Action No. 2:22–cv–26 |

## ORDER

　　On or before July 27, 2022, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

　　Dated at Burlington, in the District of Vermont, this 18th day of July 2022.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*
　　　　　　　　　　　　　　　　　　　　　　　　Kevin J. Doyle
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge